Case: 1:26-mj-000135
Assigned To: Judge Harvey, G. Michael
Assign. Date: 8/6/2026
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

On August 3, 2026, at approximately 3:28 p.m., Metropolitan Police Department ("MPD") officers were called to an apartment building located at 3411 A Street, SE, Washington, D.C. for a domestic assault. A female caller stated a female subject was getting beaten by her child's father and pulled a gun on everyone. The call notes for the assault indicated that the suspect was armed with a gun.

Officers responded to the 3400 Block of A Street, SE, Washington, D.C.  and when they arrived, complainant ("CP-1"), who is a minor, flagged them down. CP-1 was interviewed by MPD Detective Garrett Wolf and reported that he was riding his Lime bike in the 3400 block of Minnesota Avenue, SE, Washington, D.C. when he saw a woman ("O-1") bleeding. As CP-1 approached O-1, the Defendant, who was later identified as Michael Joseph Johnson, came forward and produced a "black and tan Glock." Defendant Johnson pointed the firearm at CP-1 and stated something to the effect of "watchu wanna do." CP-1 did not know O-1 or the Defendant. After Defendant Johnson pointed a firearm at CP-1, CP-1 rode off and circled back around. Defendant Johnson pulled the firearm out of a "fanny pack" a second time but did not point it. CP-1 rode around a third time and stated something to the effect of "you not about to do this" to the Defendant.

When Officers Fargis and Mattis arrived at that location, they saw the Defendant, wearing gray pants, a gray and red shirt, and red and white shoes, which matched the lookout description officers were given. Defendant Johnson was walking towards 34th Street, SE, Washington, D.C. apparently arguing with O-1. When Officers approached Defendant Johnson, he ran towards the apartment building located at 3411 A Street, SE.

Officers ran inside behind the Defendant and searched the stairways of the apartment building but did not find him. Officers were then flagged down by an unidentified witness who

1

pointed officers toward the building's laundry room. When officers entered the building's laundry room, they found Defendant Johnson lying on his side on the floor at the entrance of the laundry room. *See* Figure 1, below. Officers Mattis and Fargis immediately recognized Defendant Johnson as the same individual who fled from police officers earlier. Defendant Johnson also matched the description given by the 9-1-1 caller. Officers immediately placed Defendant Johnson in handcuffs.



**Figure 1: Defendant lying on the ground, as discovered by the police.**

After officers placed Defendant Johnson in handcuffs, they searched the laundry room for evidence. Officer Fargis found a backpack and fanny pack on the lefthand side of a washer in the laundry room. *See* Figure 2, below. After finding these items, Officer Fargis asked the Defendant whether they belonged to him. The Defendant denied they belonged to him, so Officer Fargis proceeded to search them because they were abandoned property. During a later search of the backpack, officers found inside it Defendant Johnson's Court Services and Offender Supervision Agency ("CSOSA") Accountability Contract with his name and PDID on it.



**Figure 2: Backpack and fanny pack on the lefthand side of a washer where firearm was recovered.**

3

While later inventorying the property inside Defendant Johnson's backpack, Officer Fargis recovered 13 individually wrapped packages of marijuana, 1 jar of THC wax, a scale, 15 THC empty packaging bags, and $293. The denominations of the money along with the manner of packaging of the recovery is consistent with distribution as opposed to personal use.

In the laundry room, officers also recovered a privately made firearm ("PMF") (commonly referred to as a "ghost gun"), from behind the washer that was located closest to Defendant Johnson's backpack. MPD officers also recovered a wallet with Defendant Johnson's ID card in it lying next to the recovered firearm. *See* Figure 3, below.



**Figure 3: Defendant's wallet lying next to the recovered firearm.**

The ghost gun was a Polymer P80 9mm firearm (with no serial number), that had a black slide, green handle, and a tan magazine base plate. The firearm had one round in the chamber and

12 rounds in a 17-round magazine. *See* Figures 4, 5 and 6, below. Officers verified through RTCC that Defendant Johnson does not have an active permit to carry a firearm in Washington, D.C.



**Figure 4: Recovered firearm.**



**Figure 5: Recovered firearm.**



**Figure 6: Recovered firearm; no serial number.**

There are no ammunition manufacturers in the District of Columbia. Therefore, the ammunition described above necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

After Defendant Johnson was detained, Detective Wolf put CP-1 in his unmarked police car. CP-1 was wearing glasses so Detective Wolf drove by at a slow speed directly next to Defendant Johnson. The Defendant was in handcuffs, next to a marked MPD cruiser and surrounded by uniformed MPD officers. CP-1 positively identified Defendant Johnson as the same person who pointed a gun at him. The Defendant was placed under arrest for Assault with a Dangerous Weapon (Gun), Carrying a Pistol without a License, Possession of Unregistered Ammunition, Resisting Arrest, and Possession with Intent to Distribute (marijuana). Defendant Johnson was identified by his D.C. ID that had his name "Michael Joseph Johnson" and his date of birth on it.

A records check of Defendant Johnson's criminal history revealed that he was convicted of Accessory after the Fact, 1st Degree Murder in Prince George's County, Maryland, Circuit Court case number CT210634B on May 2, 2022, for which he was sentenced to 10 years confinement, with 6 years, 6 months, and 5 days suspended.

As such, your Affiant submits that probable cause exists to charge Michael Johnson with violations of: (1) 18 U.S.C. § 922(g)(1) (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); and (2) 22 D.C. Code § 4503(a)(1) (Unlawful Possession of a Firearm).

_____
Garrett A. Wolf
Badge: D2-1440
Detective
Metropolitan Police Department

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 6th day of August, 2026.*

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE